UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEANNA PIERCE and BILLY ENGLEMANN, <br> *Plaintiffs* <br> v. <br> AVEANNA HEALTHCARE, LLC and AVEANNA HEALTHCARE TEXAS INJURY BENEFIT PLAN, <br> *Defendants* | § § § § § § § § § | CIVIL NO. 1:21-CV-00287-RP |

## ORDER

Before this Court are Defendants' Motion to Compel Mental Examination of Plaintiff Deanna Pierce, filed January 26, 2023 (Dkt. 28); and Plaintiffs' Response in Opposition to Defendants' Motion to Compel Mental Examination of Plaintiff Deanna Pierce, filed February 6, 2023 (Dkt. 30). By Text Order issued February 7, 2023, the District Court referred the motion and related filings to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

This Court **ORDERS** counsel to appear *in person* for a hearing on Defendants' Motion to Compel Mental Examination of Plaintiff Deanna Pierce on **Tuesday, March 7, 2023 at 3 p.m.** in Courtroom 6 on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

**SIGNED** on February 24, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1